JAMES F. KANE, JR., ET AL., PLAINTIFFS-PETITIONERS, v. JAMES BASRALIAN, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 16 *N. J. Super.* 496.

March 24, 1952: Denied.

TESSIE LONG, ADM'X., ETC., PLAINTIFF-RESPONDENT, v. THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, DEFENDANT-PETITIONER.

See same case below: 16 *N. J. Super.* 448.

*Mr. Daniel T. O'Regan* and *Mr. Frederick J. Gassert* for the petitioner.

*Mr. Louis Steisel, Miss Elsie White, Mr. Thomas J. Brogan* and *Mr. Isadore Glauberman* for the respondent.

March 24, 1952. Granted.